UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Juan Jose Rivera, et al )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08MJ1132<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maribel Salazar-Mendoza

DATED: 4/17/08

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk